161 A.3d 193

**Lonnie D. HAGGERTY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee**

**No. 15 WAP 2016**

Supreme Court of Pennsylvania.

April 26, 2017

## ORDER

PER CURIAM

**AND NOW,** this 26th day of April, 2017, the order of the Commonwealth Court is **AFFIRMED.**